PS 8
(8/88)

# United States District Court
### for
## SOUTHERN DISTRICT OF CALIFORNIA



U. S. A. vs. PALOMINO, CINDY                                             Docket No. 07MJ8996-002

### Petition for Modification on Conditions of Pretrial Release

Comes now Yolanda German Pretrial Services Officer presenting an official report upon the conduct of defendant Cindy Palomino who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at El Centro, on the 18th day of December, 2007, under the following conditions:

restrict travel to the Southern and Central Districts of California; report for supervision to the Pretrial Services Agency as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; and actively seek and maintain full-time employment, schooling, or combination of both.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. At the time bail was set, Pretrial Services was not aware of the defendant's prior illicit drug use. In a subsequent interview with Pretrial Services, the defendant admitted having a history of illicit drug use.

PRAYING THAT THE COURT WILL MODIFY THE DEFENDANT'S CONDITIONS OF RELEASE TO INCLUDE DRUG TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __2nd__ day of __January__, 20_08_ and ordered filed and made a part of the records in the above case. | Executed on: __1-2-08__ |
| U. S. Magistrate Judge Peter C. Lewis | Respectfully, Yolanda German, U.S. Pretrial Services Officer |
| | Place __El Centro, California__ |
| | Date __1/2/08__ |